# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00628-CR

Hansome Ferguson Jr., Appellant

v.

The State of Texas, Appellee

## FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
## NO. 61497, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Hansome Ferguson Jr. seeks to appeal a judgment of conviction for robbery. The trial court has certified that: (1) this is a plea bargain case and Ferguson has no right of appeal, and (2) Ferguson waived his right of appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:  November 28, 2007

Do Not Publish